1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

8           IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,              2:18-MC-00192-TLN-KJN

12         Plaintiff,

13         v.                              STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $29,020.00 IN U.S.        AND/OR TO OBTAIN AN INDICTMENT
   CURRENCY, and                           ALLEGING FORFEITURE
15
   APPROXIMATELY $28,980.00 IN U.S.
16 CURRENCY,

17         Defendants.

It is hereby stipulated by and between the United States of America and potential claimant Michael Nebadon Lacy ("Lacy"), by and through their respective counsel, as follows:

1. On or about September 10, 2018, claimant Lacy filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $29,020.00 in U.S. Currency and the Approximately $28,980.00 in U.S. Currency (hereafter collectively "defendant currency"), which were seized on July 16, 2018 ($29,020.00) and July 30, 2018 ($28,980.00).

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

1

other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is December 9, 2018.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 15, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 15, 2019.

Dated: 12/6/2018                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

Dated: 12/5/2018                /s/ Isaac Safier
                                ISAAC SAFIER
                                Attorney for Michael Nebadon Lacy
                                (As authorized via email)

IT IS SO ORDERED.

Dated: December 10, 2018

                                Troy L. Nunley
                                United States District Judge